## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HARRY WILLARD**                                                                    **PLAINTIFFS**

**v.**                          **CASE NO. 4:10-CV-00098 BSM**

**CITY OF HAVANA, ARKANSAS;**
**JUDY BURROWS, WILLIAM BURROWS,**
**PAUL SMITH, AL STAPLETON AND**
**TOM EARNST, as COUNCIL MEMBERS of**
**the CITY OF HAVANA, ARKANSAS**                                    **DEFENDANT**

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff, Harry Willard, moves

to dismiss his claims without prejudice. [Doc. No. 23]. No objections have been filed. The

motion for dismissal is granted.

IT IS SO ORDERED this 12th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE